**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7630**

---

JOHN JAMES SCHMIDT,

                                        Petitioner - Appellant,

        versus

RONALD   J.   ANGELONE,   Director,   Virginia
Department of Corrections,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge.  (CA-01-861-2)

---

Submitted:  March 14, 2003          Decided:  March 25, 2003

---

Before WIDENER, WILLIAMS, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David  Bernard  Hargett,  HARGETT  &  WATSON,  P.L.C.,  Richmond,
Virginia, for Appellant.   Steven Andrew Witmer, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John James Schmidt seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Schmidt has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2